# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

Yufeng Gao
*Defendant*

MAGISTRATE JUDGE: _Cathy Waldor, U.S.M.J._

CASE NO. _21-mj-15173-3_

DATE OF PROCEEDINGS: _5/10/2021_

DATE OF ARREST: _5/10/2021_

**PROCEEDINGS:** Initial Appearance

- [X] COMPLAINT
- [X] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [X] APPT. OF COUNSEL: [ ] AFPD  [X] CJA
- [X] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [X] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [X] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

- Def consents to hearing by video

**APPEARANCES:**

AUSA: _Mark Pesce_

DEFT. COUNSEL: _Stacy Biancamano_

PROBATION:_____

INTERPRETER _Nancy Wu_
Language:_____

TIME COMMENCED: _4:20 pm_
TIME TERMINATED: _4:30 pm_
CD NO: _ECR_

Tim Gorman

DEPUTY CLERK