UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 2:21-MJ-15173 (LDW) |
| | : | |
| YUFENG GAO | : | |

CONSENT ORDER FOR CONDITIONS OF RELEASE

THIS MATTER coming before the Court by way of consent by the Defense, Government and Pretrial, the conditions of release shall be as follows:

It is ordered on this 1st day of July, 2021 that the release of the defendant is subject to the following conditions:

Bail fixed at $150,000 and the defendant shall be released upon:

1. Executing an unsecured appearance bond co-signed by Song Lin.

2. Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.

3. The defendant's travel is restricted to New Jersey for Court Purposes, and New York, unless approved by Pretrial Services.

4. Surrender all passports and travel documents. Do not apply for new travel documents.

5. Maintain current residence or a residence approved by Pretrial Services.

7. Maintain or actively seek employment.

8. The defendant shall report to the United States Marshal Services in Newark, NJ for processing at a date to be determined.

SO ORDERED:

Dated: 7/1/2021

_____
Honorable Leda D. Wettre, USMJ